NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**SANOFI-AVENTIS DEUTSCHLAND GMBH,**
*Plaintiff-Appellee,*

v.

**GENENTECH, INC.,**
*Defendant-Appellant,*

AND

**BIOGEN IDEC INC.,**
*Defendant.*

---

2012-1454

---

Appeal from the United States District Court for the Northern District of California in consolidated case nos. 08-CV-4909 and 09-CV-4919, Judge Susan Illston.

---

**ON MOTION**

---

## O R D E R

Genentech, Inc. moves to expedite oral argument.

Upon consideration thereof,

IT IS ORDERED THAT:

SANOFI-AVENTIS DEUTSCHLAND V. GENENTECH, INC.                    2

The appellee is directed to respond to the motion within seven days of the date of filing of this order.

FOR THE COURT

_____        /s/ Jan Horbaly
JUL 10 2012                   Jan Horbaly
Date                         Clerk

cc:  Charles K. Verhoeven, Esq.
     William E. Solander, Esq.

s8